Christopher M. Goodman (AZ #023231)
LAW OFFICE OF CHRISTOPHER GOODMAN PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000
chris@goodmanlegal.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re KENNETH ALAN CONNER, Debtor.<br><br>_____<br><br>KENNETH CONNOR and DEANNA CONNER, Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTAGE LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-10; CORPORATE JOHN DOES X, Y, Z; and INDIVIDUAL JOHN DOES A, B, and C; JOHN and JANE DOE, Defendants | Chapter 7<br>Case No. 2:14-14280-SHG<br><br>Adv. No. 2:14-ap-00823-SHG<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Pursuant to Rule 8003, Federal Rules of Bankruptcy Procedure, Plaintiffs Kenneth and Deanna Conner (Plaintiffs) submit their Notice of Appeal of the January 31, 2019 Order

Law Office of Christopher Goodman PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000

granting Wilmington Trust's motion for enforcement of the settlement agreement/motion to dismiss third amended complaint. A copy of that Order is attached hereto.

The issues on appeal are threefold:

1. Whether the trial court erred in extending the 2016 settlement agreement between Plaintiffs, Nationstar, and MERS to bar claims against non-party Wilmington Trust;

2. Whether the trial court erred in placing the risk for unknown and/or undiscoverable material facts affecting the settlement agreement upon the Plaintiffs, specifically as to the material facts explained in detail in the Declaration of Marie McDonnell [Dkt. 136] and the Fourth Amended Complaint [Dkt. 164]; and

3. Whether the trial court erred in dismissing the Third Amended Complaint, and further, whether the trial court erred in refusing to consider the Fourth Amended Complaint and Exhibits thereto [Dkt. 164], on record prior to argument on Wilmington Trust's Motion and the Court's Order granting said Motion.

The other parties to this appeal are:

> Wilmington Trust NA
> c/o Aaron T. Lloyd
> Michael R. Hogue
> GREENBERG TRAURIG, LLP
> 4 Embarcadero Center, Suite 3000
> San Francisco, CA 94111
> LloydA@GTLaw.com
> HogueM@GTLaw.com

Pursuant to 28 U.S.C. § 158(c)(1), the Plaintiffs elect to have the appeal heard by the United States District Court rather than the Ninth Circuit Bankruptcy Appellate Panel.

DATED this 14th day of February, 2019.

By */s/ Christopher M. Goodman*
Christopher M. Goodman
45 W. Jefferson St., Suite 512
Phoenix, Arizona 85003
Attorney for Plaintiffs

Law Office of Christopher Goodman PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Aaron T. Lloyd
Michael R. Hogue (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
LloydA@GTLaw.com
HogueM@GTLaw.com


By:   Christopher M. Goodman

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| KENNETH CONNER and DEANNA CONNER,<br><br>        Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTAGE LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-10; CORPORATE JOHN DOES X, Y, Z; and INDIVIDUAL JOHN DOES A, B, and C; JOHN and JANE DOE,<br><br>        Defendants. | Chapter 7<br><br>Case No. 2:14-14280-SHG<br>Adv. No. 2:14-ap-00823-SHG<br><br>**ORDER GRANTING DEFENDANTS WILMINGTON TRUST, N.A., AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-10'S MOTION TO ENFORCE SETTLEMENT AGREEMENT, OR, ALTERNATIVELY, DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** |

///

///

///

///

///

# ORDER GRANTING MOTION TO DISMISS

Presently before the Court is Defendants Wilmington Trust, N.A., as Successor Trustee to Citibank, N.A., as Trustee to Structured Asset Securities Corporation Mortgage Pass Through Certificates, Series 2005-10's ("Defendants") Motion to Enforce Settlement Agreement, or, Alternatively, Dismiss Plaintiffs' Third Amended Complaint ("Motion"), which came for hearing on January 16, 2019 at 2:00 p.m. The Court, having considered Defendants' Motion, Plaintiffs Kenneth Conner and Deanna Conner's ("Plaintiffs") Response, Defendants Reply, and oral argument, with the Court's findings of fact and conclusions of law stated on the record and incorporated herein, and for good cause appearing,

IT IS, HEREBY, ORDERED that Defendants' Motion is GRANTED in its entirety and Plaintiffs' Third Amended Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2019

_____
Honorable Scott H. Gan
U.S. Bankruptcy Court, District of Arizona