FILED

DEC 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KENNETH ALAN CONNER; DEANNA CONNER, <br><br> Appellants, <br><br> v. <br><br> WILMINGTON TRUST, NA, as successor trustee to trustee of Structured Asset Securities Corporation Mortgage Pass Through Certificates, Series 2005-10 trustee of CitiBank NA, <br><br> Appellee. | No.   20-15562 <br><br> D.C. No. 2:19-cv-01076-DWL District of Arizona, Phoenix <br><br> ORDER |

Before: THOMAS, Chief Judge, HURWITZ and BADE, Circuit Judges.

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

Accordingly, we grant appellee's motion for summary affirmance (Docket Entry No. 18).

**AFFIRMED.**